JOHN METCALF, *Appellant*, v. R. A. GOULD AS ADMINIS-
TRATOR OF THE ESTATE OF ANNA D. DODGE, DECEASED,
*Appellee.*

Division B.

Decision Filed June 16, 1928.

Petition for rehearing denied July 19, 1928.

*Hull, Landis & Whitehair* and *Alexander Akerman,* for
Appellant;

*Scarlett, Jordan, Futch & Fielding* and *DeCottes &
Spencer,* for Appellee.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of the
decree herein, and briefs and argument of counsel for the
respective parties, and the record having been seen and
inspected, and the Court being now advised of its judgment
to be given in the premises, it seems to the Court that there
is no error in the said decree; it is, therefore, considered,
ordered and adjudged by the Court that the said decree of
the circuit court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., con-
cur.